UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERMAN LAMOIT POUNDS,

    Plaintiff,

v.

    Case No. 1:25-cv-187

    HONORABLE PAUL L. MALONEY

CHARTER TOWNSHIP OF
KALAMAZOO, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated:  April 1, 2025                   /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge